**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **KALMBACH FEEDS, INC.,** : | |
| : | **Case No. 2:25-cv-617** |
| **Plaintiff,** : | |
| : | **Judge** _____ |
| v. : | |
| : | **Magistrate Judge** _____ |
| **PURINA ANIMAL NUTRITION, LLC,** : | |
| : | |
| and : | |
| : | |
| **JOHN DOES NOS. 1-5,** : | |
| : | |
| **Defendants.** : | |

## COMPLAINT

Plaintiff Kalmbach Feeds, Inc. ("Kalmbach"), for its Complaint against Purina Animal Nutrition, LLC ("Purina") and John Does 1-5, alleges as follows:

## THE PARTIES

1. Plaintiff Kalmbach Feeds, Inc. ("Kalmbach") is an Ohio corporation with its headquarters in Upper Sandusky, Ohio and doing business continuously and systematically throughout Ohio, including within Franklin County.

2. Kalmbach is a family-owned company that manufactures and sells a full line of top quality nutritional feed products for livestock, poultry, and other animals.

3. Included within Kalmbach's line of animal feed products is a brand of poultry feed marketed as Henhouse Reserve® Feed for Chickens and Chickhouse Reserve®.

4. Defendant Purina Animal Nutrition, LLC ("Purina") is a Delaware limited liability company that at all times since November 13, 2000, has been registered to transact business in the State of Ohio and has, in fact, regularly, continuously and systematically conducted business

within Ohio from 2000 to the present. Upon information and belief, Purina's members are Land O'Lakes, Inc., which is a Minnesota corporation with a principal place of business also in Minnesota, and LOL Holdings, which is a Delaware corporation with its principal place of business located in Minnesota.

5. Upon information and belief, Purina had conducted business within Ohio using the names Land O'Lakes Farmland Feed, LLC; Land O'Lakes Animal Milk Products Company, Innovative Proteins, and Land O' Lakes Purina Feed, LLC.

6. Purina is engaged in the business of producing and distributing animal feed and related products.

7. Purina is a business competitor of Kalmbach.

8. Within the State of Ohio, Purina distributes, markets, and sells it own brands of poultry feed products, including the product "Purina Farm to Flock 18% Layer Hen food" which directly competes with Kalmbach's Henhouse Reserve® Feed for Chickens and other related products.

9. Upon information and belief, John Doe Defendants 1-5 are those persons or entities that cause, approve, permit, authorize, and/or ratify the publication of advertising that contains factual misstatements, and which are the subject of this lawsuit. Upon information and belief, none of the John Does are believed to be citizens of the State of Ohio.

10. Purina and John Does Defendants 1-5 are collectively referred to below as the "Purina Defendants."

**JURISDICTION**

11. Federal questions are presented, the parties are in complete diversity, and thus this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1332(a), and this Court

exercises original jurisdiction pursuant to 28 U.S.C. § 1338(a).  Supplemental jurisdiction exists over Plaintiff's pendent state law claim pursuant to 28 U.S.C. § 1367.

12. Defendants are subject to personal jurisdiction because they have: (a) purposefully directed the false advertising to Ohio businesses and residences through website and electronic advertisements and, upon information and belief, other marketing materials; (c) conducted regular, continuous and systematic transaction of business in Ohio, thereby deriving substantial revenues from products sold and consumed in Ohio; and (c) have caused or intended to cause harmful consequences in this State, and specifically a competitor headquartered in Ohio.

13. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) and/or (b)(3) because a substantial part of the events giving rise to the claims occurred in this District.

## FACTS RELEVANT TO ALL COUNTS

14. "Avian influenza, or 'bird flu,' is a contagious viral disease.  As stated by the Ohio Department of Agriculture (the "ODA"), it is "a major threat to the poultry industry, animal health, trade, and the economy worldwide." [ODA website https://agri.ohio.gov/divisions/animal-health/HPAI.]  "[B]ird flu has killed millions of wild birds, and caused sporadic outbreaks among poultry and an ongoing multistate outbreak among cows in the United States." [Yale Medical publication, https://www.yalemedicine.org/news/h5n1-bird-flu-what-to-know.][1]

15. HPAI "has been detected in poultry in Ohio and across the U.S." [ODA website https://agri.ohio.gov/divisions/animal-health/hpai/01-poultry.]  "Most poultry outbreaks in the United States have been caused by" highly pathogenic forms of avian influenza (HPAI) – the kind that "causes severe disease and death" in birds and have the potential to infect humans.  [OSU factsheet https://ohioline.osu.edu/factsheet/vme-1037.]

---

[1] Bird flu has also been detected among diary cattle in Ohio.  [ODA website https://agri.ohio.gov/home/news-and-events/all-news/highly-pathogenic-avian-influenza-detected-in-ohio-dairy-herd.]

16. Nationally, the U.S. Secretary of Agriculture recently "announced a $1 billion-dollar comprehensive strategy to curb highly pathogenic avian influenza (HPAI), protect the U.S. poultry industry" from the disease. [USDA Press Release, https://www.usda.gov/about-usda/news/press-releases/2025/02/26/usda-invests-1-billion-combat-avian-flu-and-reduce-egg-prices.]

17. Locally, "Ohio is leading the country in confirmed [bird flu] detections" as of early March, 2025. [https://www.wlwt.com/article/ohio-governor-update-bird-flu/64075296#:~:text=Share,-Copy%20Link&text=Ohio%20Gov.,over%20the%20last%2030%20days.] The ODA has declared HPAI "as a dangerously contagious or infectious disease." So dangerous, in fact, that the ODA had issued a proclamation "prohibiting the movement of all live birds including poultry… from noncommercial premises" in certain counties between March 17 and May 15, 2025, as necessary "to protect Ohio's commercial poultry industry which contributes 4.9 billion dollars to the state's economy and accounts for more than sixteen thousand jobs." This year alone, the total number of birds affected by bird flu in the state is nearly 15 million. [ODA website, under tab for "Tracking HPAI Across Ohio," https://agri.ohio.gov/divisions/animal-health/hpai/01-poultry. (data last updated 5/5/25).]

18. Avian influenza is carried and disseminated by migratory waterfowl and more recently by non-migratory domestic birds and other mammals. Owners of small backyard flocks that lack the resources of larger, commercial growers may be at particular risk. Cage-free flocks in houses allowed outside access and those on pasture are susceptible to infection by cohabitation with migratory and domestic birds, as are birds consuming contaminated water. The virus is also transmitted through infected bird droppings and even travel by air on dust distributed by wind.

19. Unsurprisingly, "[t]he best way to prevent HPAI … is by consistently using appropriate biosecurity measures" – measures similar to disease-prevention practices known to prevent the spread of viral diseases. [https://www.aphis.usda.gov/sites/default/files/hpaifactsheet_wildlife-biosecurity.pdf, USDA fact sheet.]  Both the USDA and the ODA, for example, recommend handwashing after contact with poultry, using closed sources of uncontaminated water on poultry farms, and regularly disinfecting poultry enclosures and equipment.  [ODA website https://agri.ohio.gov/divisions/animal-health/hpai/01-poultry (under biosecurity tab), https://www.aphis.usda.gov/sites/default/files/bro-protect-poultry-from-ai.pdf.]

20. Yet what they ***do not recommend*** as a preventative measure is any kind of animal feed diet or food additive for poultry, other birds, or any other animal capable of contracting bird flu.  This is because feed is not regarded as a route of infection for HPAI among poultry.  Research on anti-viral food additives in feed given to other animals is not relevant in relation to avian influenza infection in small poultry flocks.  In the poultry industry in particular, there is no accepted scientific literature establishing any definitive link between particular food additives in a chicken's diet and its risk of contracting HPAI.  Absent an approved a vaccination, only biosecurity practices prevent viral bird flu infections; a farmer's choice of chicken feed (or feed additives) does not.

21. Nevertheless, Purnia has attempted to capitalize on the public's fear of bird flu by falsely representing that its chicken feed can "defend" against the virus.  In promotional images and materials online, for example, Purina misrepresents that its product, "Purina Farm to Flock 18% Layer Hen food" ( "Hen Food") "**Defends Against Viruses, Like Bird Flu**," due to its

5

"**built-in defense against avian influenza and other viruses, giving you peace of mind from the inside out**":





6

22. As noted above, Purina's written description contains a similar false promise – that Hen Food will "**help[] defend against viruses like bird flu**:"

> PURINA ANIMAL NUTRITION
> Purina® Farm to Flock™ 18% Layer Hen Food
> Write A Review
>
> Purina® Farm to Flock™ 18% Protein Layer hen food actively supports and fortifies your flock's immunity and gut health, thanks to a unique blend of antioxidants, probiotics, and beneficial plant extracts. It also gives you peace of mind by helping defend against viruses like bird flu. Every hen in your flock will enjoy this complete whole-food goodness, featuring a medley of high-protein pellets, ancient grains, seeds, and veggies that'll keep your ladies happy, healthy, and pecking the day away.

23. Purnia included the same written false statement – that Hen Food "also gives you peace of mind by helping defend against viruses like the bird flu," on a promotional PDF available online at https://www.purinamills.com/getmedia/64222f43-7f40-4446-be69-1d0be2c69a3e/Farm-To-Flock-Layer-PDF4-15-25.pdf?ext=.pdf.

24. In another advertisement for the same brand of "Hen Food," Purina includes a video along with the description of its Hen Food representing that its feed comes "**with bird flu defense**":

 + 

25. As part of this advertisement, Purnia further falsely states:

**Defends against viruses, like bird flu**

Comes with built-in defense against avian influenza and other viruses giving you peace of mind from the inside out.

26. Agan, Purnia repeats this false claim on the same promotional PDF available at https://www.purinamills.com/getmedia/64222f43-7f40-4446-be69-1d0be2c69a3e/Farm-To-Flock-Layer-PDF4-15-25.pdf?ext=.pdf:

**Defends against viruses, like bird flu**

Comes with built-in defense against avian influenza and other viruses giving you peace of mind from the inside out.

8

27. Adding to the deception are other online remarks where Purina ties its misrepresentations about bird flu defense to the professionals, scientists, and even "***immunologists***" it employs to deliver "the best nutrients" to yield "the best results":



28. The claim that its chicken feed "Defends Against" bird flu is false and not "DRIVEN BY SCIENCE." To the contrary, there is no science behind it. But by referring to its hundreds of "Masters of Scientists, P.h.Ds, veterinarians, nutritionists, microbiologists, geneticists, and immunologists," Purina intentionally clothes its falsehoods in an air of scientific authority – even though there is no evidence, scientific or otherwise, that its Hen Food could possibly "defend against" HPAI.

29. Illustrating the point, if the ingredients of Purina's feeds contained the health benefits falsely claimed, such ingredients would be purposed for human consumption and prevention of the "common flu," which obviously has not occurred. Instead, humans are annually immunized from the flu.

30. Additionally, the Purina Defendants have circular "paper" copies of these same misrepresentations. Examples include the following:

9





31. Purina has repeated such false claims through multiple marketing channels. Purina posted the following on its social media:



32. Purina also published such false statements via electronic mail, as depicted below:

12



33. By characterizing Hen Food as offering "defense against bird flu & other viruses," "helping [to] defend against viruses like bird flu," and providing "built-in defense against avian influenza and other viruses, giving you peace of mind from the inside out" in multiple promotional materials and online, including in conjunction with the Purina Defendants' reference to the hundreds of veterinarians, immunologists and others with specialized scientific education that they employ, the Purnia Defendants display an unmistakable intent for customers to perceive their Hen Food as a "drug" capable of "mitigati[ng]" and "preventi[ng]" of disease in man or other animals." 21 U.S.C.A. § 321(g)(1).

34. Upon information and belief, despite selling a product that meets the definition of a drug under the Food, Drug and Cosmetic Act (FDCA), however, the Purina Defendants have not received approval from the Food and Drug Administration to market and sell Hen Food as a drug, or new animal drug as the FDCA requires.

13

35. The foregoing publications are collectively referred to as the "False Advertisements."

36. Further, the Purina Defendants have supplied its False Advertisements, or derivatives of the same, to distributors or other merchants for use, with the intended result the restatement and republication of the false statements on multiple sites, including the following:

a. https://www.nbfeed.com/store/purina-farm-to-flock-18-layer-hen-food ("Purina Farm to Flock 18% Protein Layer hen food actively supports and fortifies your flock's immunity and gut health, thanks to a unique blend of antioxidants, probiotics, and beneficial plant extracts. It also gives you peace of mind by helping defend against viruses like bird flu. Every hen in your flock will enjoy this complete whole-food goodness, featuring a medley of high-protein pellets, ancient grains, seeds and veggies that'll keep your ladies happy, healthy and pecking the day away.")

b. https://www.farmstore.com/product/purina-farm-to-flock-18-layer-feed-50-lb/?srsltid=AfmBOoqsy6v0rueLrBKusouyqED4MTN3VxLDRYwEG_ENYIRRVG6zl4Uj ("Gives you peace of mind by helping defend against viruses like bird flu.").

c. https://shop.feldmans-fh.com/products/40--farm-to-flock-18-layer-31792.html (Purina(R) Farm to Flock(TM) 18% Protein Layer hen food actively supports and fortifies your flock's immunity and gut health, thanks to a unique blend of antioxidants, probiotics, and beneficial plant extracts. It also gives you peace of mind by helping defend against viruses like bird flu. Every hen in your flock will enjoy this complete whole-food goodness, featuring a medley of high-protein pellets, ancient grains, seeds and veggies that'll keep your ladies happy, healthy and pecking the day away.").

37. Customers have already been misled by Purina's false claims – **_to Kalmbach's direct detriment_**. Kalmbach has received multiple inquiries from customers familiar with Purina's advertisements asking why Kalmbach cannot produce chicken feed with the same anti-viral, "Defends Against" bird flu benefits.

38. As demonstrated by the customer inquiries noted above, False Advertisements contain false representations that are material to consumers' purchase decisions, and there is a causal connection between the Purina Defendants' False Advertisements and injury to Kalmbach.

39. The False Advertisements irreparably harm Kalmbach.

## **COUNT I**

### **(Violation of 15 U.S.C. § 1125(a) – False Advertising**)

40. Kalmbach repeats and realleges the allegations contained in the foregoing paragraphs of this Complaint as if fully set forth herein.

41. The False Advertisements by the Purina Defendants are commercial advertisements and promotions introduced into interstate commerce, both electronically and through paper distribution.

42. The False Advertisements by the Purina Defendants contain false and/or misleading statements of fact concerning is product which deceive or tend to deceive a substantial portion of the intended audience and have created customer confusion.

43. The false or misleading statements of facts contained in the False Advertisements by the Purina Defendants are material and will influence the deceived consumer's purchase decisions.

44. The acts of the Purina Defendants complained of herein have proximately caused Kalmbach to suffer monetary damage, and are continuing, and are likely to continue to cause, monetary damage to Kalmbach.

45. This is an "exceptional case" under 15 U.S.C. § 1117(a), in that acts of the Purina Defendants complained of herein are malicious, fraudulent, deliberate or willful.

## COUNT II

### (Violation of Ohio Deceptive Trade Practices Act)

46. Kalmbach repeats and realleges the allegations contained in the foregoing paragraphs of this Complaint as if fully set forth herein.

47. The Purina Defendants' False Advertisements misrepresent that the feed contains characteristics and benefits that they do not possess in violation of the Ohio Deception Trade Practices Act.

WHEREFORE, Kalmbach demands judgment against the Purina Defendants as follows:

    A. For compensatory damages in excess of $75,000.

    B. For punitive damages.

    C. For treble damages under 15 U.S.C. § 1117(a).

    D. For its costs and attorneys' fees incurred in bringing this action.

    E. Temporary, preliminary and permanent injunctive relief prohibiting the Purina Defendants from repeating the false advertising and deceptive practices complained of herein, and

    F. For such other relief as this Court may deem proper.

Respectfully submitted,

/s/ Marion H. Little, Jr.
Marion H. Little, Jr.   (0042679)
Trial Attorney
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, OH  43054
(614) 365-9900
(Fax) (614) 365-7900
little@litohio.com

Attorneys for Plaintiff

550-002:1056043