**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KALMBACH FEEDS, INC.,** | : | |
| | : | **Case No. 2:25-cv-617** |
| **Plaintiff,** | : | |
| | : | **Judge  Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **PURINA ANIMAL NUTRITION, LLC,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**FIRST AMENDED COMPLAINT**

Plaintiff Kalmbach Feeds, Inc. ("Kalmbach"), for its First Amended Complaint against

Purina Animal Nutrition, LLC ("Purina"), alleges as follows:

**THE PARTIES**

1.      Plaintiff Kalmbach Feeds, Inc. ("Kalmbach") is an Ohio corporation with its

headquarters in Upper Sandusky, Ohio and doing business continuously and systematically

throughout Ohio, including within Franklin County.

2.      Kalmbach is a family-owned company that manufactures and sells a full line of top

quality nutritional feed products for livestock, poultry, and other animals.

3.      Included within Kalmbach's line of animal feed products is a brand of poultry feed

marketed as Henhouse Reserve® Feed for Chickens and Chickhouse Reserve®.

4.      Defendant Purina Animal Nutrition, LLC ("Purina") is a Delaware limited liability

company that at all times since November 13, 2000, has been registered to transact business in the

State of Ohio and has, in fact, regularly, continuously and systematically conducted business

within Ohio from 2000 to the present.  Upon information and belief, Purina's members are Land

O'Lakes, Inc., which is a Minnesota corporation with a principal place of business also in Minnesota, and LOL Holdings, which is a Delaware corporation with its principal place of business located in Minnesota.

5. Upon information and belief, Purina had conducted business within Ohio using the names Land O'Lakes Farmland Feed, LLC; Land O'Lakes Animal Milk Products Company, Innovative Proteins, and Land O' Lakes Purina Feed, LLC.

6. Purina is engaged in the business of producing and distributing animal feed and related products.

7. Purina is a business competitor of Kalmbach.

8. Within the State of Ohio, Purina distributes, markets, and sells it own brands of poultry feed products, including the product "Purina Farm to Flock 18% Layer Hen food" which directly competes with Kalmbach's Henhouse Reserve® Feed for Chickens and other related products.

## JURISDICTION

9. Federal questions are presented, the parties are in complete diversity, and thus this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1332(a), and this Court exercises original jurisdiction pursuant to 28 U.S.C. § 1338(a). Supplemental jurisdiction exists over Plaintiff's pendent state law claim pursuant to 28 U.S.C. § 1367.

10. Purina is subject to personal jurisdiction because it has: (a) purposefully directed the false advertising to Ohio businesses and residences through website and electronic advertisements and, upon information and belief, other marketing materials; (c) conducted regular, continuous and systematic transaction of business in Ohio, thereby deriving substantial revenues

2

from products sold and consumed in Ohio; and (c) have caused or intended to cause harmful consequences in this State, and specifically a competitor headquartered in Ohio.

11. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) and/or (b)(3) because a substantial part of the events giving rise to the claims occurred in this District.

### FACTS RELEVANT TO ALL COUNTS

12. "Avian influenza, or 'bird flu,' is a contagious viral disease. As stated by the Ohio Department of Agriculture (the "ODA"), it is "a major threat to the poultry industry, animal health, trade, and the economy worldwide." [ODA website https://agri.ohio.gov/divisions/animal-health/HPAI.] "[B]ird flu has killed millions of wild birds, and caused sporadic outbreaks among poultry and an ongoing multistate outbreak among cows in the United States." [Yale Medical publication, https://www.yalemedicine.org/news/h5n1-bird-flu-what-to-know.][1]

13. HPAI "has been detected in poultry in Ohio and across the U.S." [ODA website https://agri.ohio.gov/divisions/animal-health/hpai/01-poultry.] "Most poultry outbreaks in the United States have been caused by" highly pathogenic forms of avian influenza (HPAI) – the kind that "causes severe disease and death" in birds and have the potential to infect humans. [OSU factsheet https://ohioline.osu.edu/factsheet/vme-1037.]

14. Nationally, the U.S. Secretary of Agriculture recently "announced a $1 billion-dollar comprehensive strategy to curb highly pathogenic avian influenza (HPAI), protect the U.S. poultry industry" from the disease. [USDA Press Release, https://www.usda.gov/about-usda/news/press-releases/2025/02/26/usda-invests-1-billion-combat-avian-flu-and-reduce-egg-prices.]

---

[1] Bird flu has also been detected among diary cattle in Ohio. [ODA website https://agri.ohio.gov/home/news-and-events/all-news/highly-pathogenic-avian-influenza-detected-in-ohio-dairy-herd.]

3

15.     Locally, "Ohio is leading the country in confirmed [bird flu] detections" as of early March, 2025. [https://www.wlwt.com/article/ohio-governor-update-bird-flu/64075296#:~:text=Share,-Copy%20Link&text=Ohio%20Gov.,over%20the%20last%2030%20days.]     The ODA has declared HPAI "as a dangerously contagious or infectious disease."  So dangerous, in fact, that the ODA had issued a proclamation "prohibiting the movement of all live birds including poultry… from noncommercial premises" in certain counties between March 17 and May 15, 2025, as necessary "to protect Ohio's commercial poultry industry which contributes 4.9 billion dollars to the state's economy and accounts for more than sixteen thousand jobs."  This year alone, the total number of birds affected by bird flu in the state is nearly 15 million.  [ODA website, under tab for "Tracking HPAI Across Ohio," https://agri.ohio.gov/divisions/animal-health/hpai/01-poultry. (data last updated 5/5/25).]

16.     Avian influenza is carried and disseminated by migratory waterfowl and more recently by non-migratory domestic birds and other mammals.  Owners of small backyard flocks that lack the resources of larger, commercial growers may be at particular risk.  Cage-free flocks in houses allowed outside access and those on pasture are susceptible to infection by cohabitation with migratory and domestic birds, as are birds consuming contaminated water.  The virus is also transmitted through infected bird droppings and even travel by air on dust distributed by wind.

17.     Unsurprisingly, "[t]he best way to prevent HPAI … is by consistently using appropriate biosecurity measures" –  measures similar to disease-prevention practices known to prevent the spread of viral diseases. [https://www.aphis.usda.gov/sites/default/files/hpaifactsheet_wildlife-biosecurity.pdf, USDA fact sheet.]  Both the USDA and the ODA, for example, recommend handwashing after contact with

4

poultry, using closed sources of uncontaminated water on poultry farms, and regularly disinfecting poultry enclosures and equipment.  [ODA website https://agri.ohio.gov/divisions/animal-health/hpai/01-poultry (under biosecurity tab), https://www.aphis.usda.gov/sites/default/files/bro-protect-poultry-from-ai.pdf.]

18.  Yet what they ***do not recommend*** as a preventative measure is any kind of animal feed diet or food additive for poultry, other birds, or any other animal capable of contracting bird flu.  This is because feed is not regarded as a route of infection for HPAI among poultry.  Research on anti-viral food additives in feed given to other animals is not relevant in relation to avian influenza infection in small poultry flocks.   In the poultry industry in particular, there is no accepted scientific literature establishing any definitive link between particular food additives in a chicken's diet and its risk of contracting HPAI.  Absent an approved a vaccination, only biosecurity practices prevent viral bird flu infections; a farmer's choice of chicken feed (or feed additives) does not.

19.  Nevertheless, Purnia has attempted to capitalize on the public's fear of bird flu by falsely representing that its chicken feed can "defend" against the virus.  In promotional images and materials online, for example, Purina misrepresents that its product, "Purina Farm to Flock 18% Layer Hen food" ( "Hen Food")  "**Defends Against Viruses, Like Bird Flu**," due to its "**built-in defense against avian influenza and other viruses, giving you peace of mind from the inside out**":





20.     As noted above, Purina's written description contains a similar false promise – that Hen Food will "**help[] defend against viruses like bird flu**:"

PURINA ANIMAL NUTRITION

## Purina® Farm to Flock™ 18% Layer Hen Food

**Write A Review**

Purina® Farm to Flock™ 18% Protein Layer hen food actively supports and fortifies your flock's immunity and gut health, thanks to a unique blend of antioxidants, probiotics, and beneficial plant extracts. It also gives you peace of mind by helping defend against viruses like bird flu. Every hen in your flock will enjoy this complete whole-food goodness, featuring a medley of high-protein pellets, ancient grains, seeds, and veggies that'll keep your ladies happy, healthy, and pecking the day away.

21. Purnia included the same written false statement – that Hen Food "also gives you peace of mind by helping defend against viruses like the bird flu," on a promotional PDF available online at https://www.purinamills.com/getmedia/64222f43-7f40-4446-be69-1d0be2c69a3e/Farm-To-Flock-Layer-PDF4-15-25.pdf?ext=.pdf.

22. In another advertisement for the same brand of "Hen Food," Purina includes a video along with the description of its Hen Food representing that its feed comes "**with bird flu defense**":



\+



23.     As part of this advertisement, Purnia further falsely states:

### Defends against viruses, like bird flu

Comes with built-in defense against avian influenza and other viruses giving you peace of mind from the inside out.

24.     Agan, Purnia repeats this false claim on the same promotional PDF available at https://www.purinamills.com/getmedia/64222f43-7f40-4446-be69-1d0be2c69a3e/Farm-To-Flock-Layer-PDF4-15-25.pdf?ext=.pdf:

### Defends against viruses, like bird flu

Comes with built-in defense against avian influenza and other viruses giving you peace of mind from the inside out.

25.     Adding to the deception are other online remarks where Purina ties its misrepresentations about bird flu defense to the professionals, scientists, and even "*immunologists*" it employs to deliver "the best nutrients" to yield "the best results":



# DRIVEN BY SCIENCE & OUR LOVE OF ANIMALS

Purina understands and cares about the unique needs of your animals and the importance of bettering their well-being, performance and health. For more than 125 years, we have been tackling the biggest nutrition challenges using science, and our love of animals pushes us until we get it right. Our team is made up of more than 500 Masters of Sciences, Ph.Ds., veterinarians, nutritionists, microbiologists, geneticists, and immunologists, all who share a passion for providing animals with the best nutrition for the best results.

8

26.     The claim that its chicken feed "Defends Against" bird flu is false and not "DRIVEN BY SCIENCE."  To the contrary, there is no science behind it.  But by referring to its hundreds of "Masters of Scientists, P.h.Ds, veterinarians, nutritionists, microbiologists, geneticists, and immunologists," Purina intentionally clothes its falsehoods in an air of scientific authority – even though there is no evidence, scientific or otherwise, that its Hen Food could possibly "defend against" HPAI.

27.     Illustrating the point, if the ingredients of Purina's feeds contained the health benefits falsely claimed, such ingredients would be purposed for human consumption and prevention of the "common flu," which obviously has not occurred.  Instead, humans are annually immunized from the flu.

28.     Additionally, Purina has circulated "paper" copies of these same misrepresentations.  Examples include the following:



## Purina® Farm to Flock™ 18% Layer Food

**FEEDING DIRECTIONS**

Feed Purina® Farm to Flock™ 18% Layer Food free-choice as the sole ration to laying chickens after 18 weeks of age and throughout the laying cycle. It is not necessary to provide additional grain or free-choice calcium. This feed should not be fed to male birds of any age or to birds less than 18 weeks old. Provide fresh clean water at all times.

**GUARANTEED ANALYSIS**

| | | | |
|---|---|---|---|
| Crude Protein (Min) | 18.00% | Phosphorus (P), (Min) | 0.45% |
| Lysine (Min) | 0.70% | Salt (NaCl), (Min) | 0.15% |
| Methionine (Min) | 0.30% | Salt (NaCl), (Max) | 0.65% |
| Crude Fat (Min) | 2.50% | Sodium (Na), (Max) | 0.31% |
| Crude Fiber (Max) | 8.00% | Manganese (Mn), (Min) | 100.00 ppm |
| Ash (Max) | 14.00% | Vitamin A (Min) | 3000 IU/LB |
| Calcium (Ca), (Min) | 3.25% | Vitamin D, (Min) | 800 IU/LB |
| Calcium (Ca), (Max) | 4.25% | Vitamin E (Min) | 12 IU/LB |
| Total Microorganisms (Min) | | | 84000000 CFU/LB |
| *(Bacillus subtilis, Bacillus licheniformis)* | | | |

## Nourishment in every bite. Bird flu not included.

**Peace of Mind**

The Flock Strong™ System includes breakthrough ingredient FeedLock® which helps defend your flock's feed against avian influenza and other viruses by breaking down these harmful pathogens on the feed and it also boosts immunity. When your hens are thriving, you can rest easy knowing they're always covered.

**Worry-Free Defense You Can See and Feel**

Helping defend your hens from viruses like the bird flu and giving them more energy is just the beginning. There's improved gut health and nutrient absorption, making sure every ingredient works together to help your flock look and feel their absolute best.

**Eggs You'll Always Be Proud of**

Your hens will produce eggs with strong, protective shells and nutritious, golden yolks. That's thanks to essentials like calcium, plus vitamins A, D and E. Because when your flock thrives, your family can enjoy delicious eggs again and again.

**Eggs You Can Always Count On**

There's a steady supply of calcium thanks to the Oyster Strong® System, which provides your hens with protective eggshells, helping to safeguard the nutrients inside and keeping every egg as wholesome and nutritious as can be.

**Healthiness that Truly Radiates**

Better gut health starts with the right prebiotics, probiotics, functional supplements and antioxidants. But we don't stop there. Targeted amino acids and minerals support your hen's vibrancy, giving them consistently beautiful, shiny feathers.

**Happiness Creates Lasting Bonds**

Your flock's long-term wellbeing is important to us. So, while functional supplements and antioxidants are crucial to their health, the protection you give them can create happier moments with deeper connections in your own backyard.

**When Hens Prosper, They Love You Back**

Our beneficial plant extracts support metabolism, gut health and nutrient absorption, helping your flock feel their best. And when your flock is thriving, it all comes full circle. Because the love you give translates to happier, healthier hens.

**FLOCK strong** SYSTEM
Supports Immune, Digestive & Overall Health

**PURINA**



29.     Purina has repeated such false claims through multiple marketing channels.  Purina posted the following on its social media:



30. Purina also published such false statements via electronic mail, as depicted below:

12



31. By characterizing Hen Food as offering "defense against bird flu & other viruses," "helping [to] defend against viruses like bird flu," and providing "built-in defense against avian influenza and other viruses, giving you peace of mind from the inside out" in multiple promotional materials and online, including in conjunction with the Purina's references to the hundreds of veterinarians, immunologists and others with specialized scientific education that they employ, Purina displays an unmistakable intent for customers to perceive their Hen Food as a "drug" capable of "mitigati[ng]" and "preventi[ng]" of disease in man or other animals." 21 U.S.C.A. § 321(g)(1).

32. Despite selling a product that meets the definition of a drug under the Food, Drug and Cosmetic Act (FDCA), the Purina has not received approval from the Food and Drug Administration to market and sell Hen Food as a drug, or new animal drug as the FDCA requires.

13

33. The foregoing publications are collectively referred to as the "False Advertisements."

34. Further, Purina has supplied its False Advertisements, or derivatives of the same, to distributors or other merchants for use, with the intended result the restatement and republication of the false statements on multiple sites, including the following:

a. https://www.nbfeed.com/store/purina-farm-to-flock-18-layer-hen-food ("Purina Farm to Flock 18% Protein Layer hen food actively supports and fortifies your flock's immunity and gut health, thanks to a unique blend of antioxidants, probiotics, and beneficial plant extracts. It also gives you peace of mind by helping defend against viruses like bird flu. Every hen in your flock will enjoy this complete whole-food goodness, featuring a medley of high-protein pellets, ancient grains, seeds and veggies that'll keep your ladies happy, healthy and pecking the day away.")

b. https://www.farmstore.com/product/purina-farm-to-flock-18-layer-feed-50-lb/?srsltid=AfmBOoqsy6v0rueLrBKusouyqED4MTN3VxLDRYwEG_ENYIRRVG6zl4Uj ("Gives you peace of mind by helping defend against viruses like bird flu.").

c. https://shop.feldmans-fh.com/products/40--farm-to-flock-18-layer-31792.html (Purina(R) Farm to Flock(TM) 18% Protein Layer hen food actively supports and fortifies your flock's immunity and gut health, thanks to a unique blend of antioxidants, probiotics, and beneficial plant extracts. It also gives you peace of mind by helping defend against viruses like bird flu. Every hen in your flock will enjoy this complete whole-food goodness, featuring a medley of high-protein pellets, ancient grains, seeds and veggies that'll keep your ladies happy, healthy and pecking the day away.").

35.     Customers have already been misled by Purina's false claims – ***to Kalmbach's direct detriment***.   In this regard, this Court held a hearing on Kalmbach's Motion for a Preliminary Injunction seeking to enjoin Purina from continuing to publish the False Advertisements. [See Mtn. for Prelim. Relief, ECF No. 8.]  Evidence presented at the hearing demonstrated a direct causal link between Purina's false defends-against-bird-flu claims and Kalmbach's injuries – in lost sales, in lost customers and in damage to its reputation as an innovator in the feed market.

36.     Specifically, Lexi Hernandez, Kalmbach sales representative for Texas and Oklahoma, identified feed-store owners who either declined to carry Kalmbach's Henhouse Reserve product because of Purina's challenged advertising for Farm to Flock or who did carry Henhouse Reserve but experienced a decline in sales after the Farm to Flock product was introduced, indicating that consumers were misled by the challenged advertising.  She identified several examples, including:

    a.   A store owner who carried Purina products and whom Ms. Hernandez was trying to persuade to carry Henhouse Reserve advised her that Purina had just launched the Farm to Flock product that had bird-flu prevention, so he did not see a need to carry the Kalmbach product.  When Ms. Hernandez explained to him that feed could not confer protection against avian influenza, he told her that until Purina told him that it was not possible to have bird-flu protection in feed, he would continue to believe Purina's representations.

    b.  Another store owner who carries Purina and had just begun carrying Kalmbach products expressed concern to Ms. Hernandez that Purina's introduction of the Farm to Flock feed would affect his sales of Henhouse Reserve, specifically citing the purported bird-flu-prevention qualities of Purina's product.   Ms. Hernandez testified that

Henhouse Reserve sales did, in fact, decline after that store introduced Purina's Farm to Flock.

c. Ms. Hernandez also had a customer who owns a backyard flock and to whom she directly sold Henhouse Reserve. That customer told Ms. Hernandez she was switching to Farm to Flock because it would help with prevention of avian influenza – and the customer continues to use the Farm to Flock product.

37. Purina's False Advertisements also harmed Kalmbach's reputation. As Paul Kalmbach, Kalmbach Feed Inc.'s CEO testified, Henhouse Reserve is a unique, premium product. Unlike other chicken feed consisting only of pellets or meal, Henhouse Reserve has a granola-like texture because it includes vegetables and whole grains. Backyard egg laying hens dramatically prefer it over typical feed.

38. Kalmbach's innovation in developing Henhouse Reserve cemented its position as a leader in the chicken feed market. Indeed, when Kalmbach introduced Henhouse Reserve in 2019, none of its competitors offered any similar, granola-like, textured product.

39. Purina, on the other hand, took years to catch up to Kalmbach's innovative contributions to the hen feed market. Purina's senior marketing manager, Thomas Mazula, admitted that Kalmbach's proven success with Henhouse Reserve contributed to Purina's decision to develop its own textured hen feed, which later became Farm to Flock. And it was not until 2025, six years after Kalmbach released Henhouse Reserve, that Purina began selling Farm to Flock as an alternative product.

40. Only weeks after Purina began selling Farm to Flock, however, Kalmbach began hearing from customers who – based on their apparent belief in Purina's false bird-flu-prevention claims – began to see Henhouse Reserve in a negative light by comparison.

41.     Mr. Kalmbach explained that Kalmbach received feedback from customers familiar with Purina's advertisements asking why Kalmbach cannot produce chicken feed with the same anti-viral, "Defends Against" bird flu benefits.  Customers and prospective customers also asked Ms. Hernandez why Kalmbach's Henhouse Reserve lacked bird flu protection.  Worse yet, when she truthfully told them that hen feed does not and cannot prevent bird-flu, they questioned her veracity as a salesperson and Kalmbach representative, asking how it was possible for Purina to advertise that Farm to Flock defends against bird flu if in fact this was not the case.

42.     Ms. Hernandez also testified that Kalmbach's dealers feared that carrying only Henhouse Reserve would harm their businesses beyond just the immediate loss in sales.  In particular, one store owner who carried Kalmbach's products but not Purina's told Ms. Hernandez that he was worried Purina's false bird-flu-defense claims would prompt customers to switch from purchasing Henhouse Reserve at his store to purchasing Farm to Flock at the store of a nearby competitor that sold Purina products.  If so, the store owner would lose out not only Henhouse Reserve sales, but lose business altogether since his customers would be buying from a competitor in town.

43.     Other evidence showed that Purina knew its False Advertisements would give Farm to Flock an unfair advantage over competing hen feed products.  Purnia had conducted consumer surveys in 2023 and 2024 showing that backyard flock owners regard their chickens as family, or akin to household pets like cats and dogs.  Additionally, in preparing its advertisement campaign, Purina's customer insights team produced a report showing high awareness of avian influenza among customers, and that customers responded most positively to messages stating that Purina's FeedLock additive blocks harmful viruses and provides active viral protection.  Customers were even willing to pay more for feed if they believed it offered antiviral protection.

17

44.     Mr. Mazula admitted that Purina chose to go forward with their anti-bird-flu marketing campaign even though he knew based on guidance from counsel that this strategy was legally risky for Purina. After all, both Purina's expert Dr. Crowder, and Kalmbach's expert, Dr. Shane, agreed that there is no scientific evidence to suggest that HPAI is transmitted to birds or hens via feed.

45.     And in a training webinar for Purina retailers upon Purina's rollout of Farm to Flock, Mr. Mazula relied on materials identifying Kalmbach's Henhouse Reserve as a primary competitor in the texturized feeds market, emphasizing that, in contrast to its competitors, Purina's Farm to Flock "will be the only one on the market with avian flu protection."

46.     Ultimately, by exploiting the public's concerns over bird flu and affection for their backyard hens, Purina persuaded customers to fall for its False Advertisements, causing significant damage to Kalmbach's bottom line, its reputation and goodwill. As Mr. Kalmbach put it:

> If I'm a consumer and I see that there is a product on the shelf that defends against avian influenza and one that doesn't make claims with respect to it, I'm going to buy the one that protects my pets.
>
> ***
>
> We have been perceived as a leader largely because of our Henhouse Reserve products and other products related to Henhouse Reserve. We have been perceived as a leader. We have a reputational issue here. A customer comes to us and says: Why don't you have a product that prevents, defends, against bird flu?
>
> And we can say it's not true. We can say it's false. But the customer, the relatively unsophisticated customer, says even if there is a 5 percent chance it's true, I'm going to try this product. And we lose. We lose every which way. We lose sales. We lose reputation. We've lost in the marketplace.

47.     As demonstrated by the substantial evidence noted above, the False Advertisements contain false representations that are material to consumers' purchase decisions, and there is a causal connection between the Purina Defendants' False Advertisements and injury to Kalmbach.

18

This Court agreed as much in granting in part and denying in part Kalmbach's Motion for Preliminary Relief. [See Opinion & Order, ECF No. 73.]

48. The False Advertisements irreparably harm Kalmbach.

49. Pursuant to this Court's Order of March 4, 2026 granting Purina's Motion to Dismiss but permitting Kalmbach to file an amended complaint, a "blacklined" version of the First Amended Complaint compared to Kalmbach's initial Complaint is attached as Exhibit A hereto. [ECF No. 76 at PgID#238-39.]

## COUNT I

### (Violation of 15 U.S.C. § 1125(a) – False Advertising)

50. Kalmbach repeats and realleges the allegations contained in the foregoing paragraphs of this Complaint as if fully set forth herein.

51. The False Advertisements by Purina are commercial advertisements and promotions introduced into interstate commerce, both electronically and through paper distribution.

52. The False Advertisements by Purina contain false and/or misleading statements of fact concerning is product which deceive or tend to deceive a substantial portion of the intended audience and have created customer confusion.

53. The false or misleading statements of facts contained in the False Advertisements by Purina are material and will influence the deceived consumer's purchase decisions.

54. The acts of Purina complained of herein have proximately caused Kalmbach to suffer monetary damage, and are continuing, and are likely to continue to cause, monetary damage to Kalmbach, in addition to reputational harm.

55.     This is an "exceptional case" under 15 U.S.C. § 1117(a), in that acts of Purina complained of herein are malicious, fraudulent, deliberate or willful.

## COUNT II

### (Violation of Ohio Deceptive Trade Practices Act)

56.     Kalmbach repeats and realleges the allegations contained in the foregoing paragraphs of this Complaint as if fully set forth herein.

57.     The Purina Defendants' False Advertisements misrepresent that the feed contains characteristics and benefits that they do not possess in violation of the Ohio Deception Trade Practices Act.

WHEREFORE, Kalmbach demands judgment against P Purina as follows:

A.      For compensatory damages in excess of $75,000.

B.      For punitive damages.

C.      For treble damages under 15 U.S.C. § 1117(a).

D.      For its costs and attorneys' fees incurred in bringing this action.

E.      Given that the Court has already issued preliminary injunctive relief, permanent injunctive relief prohibiting the Purina from repeating the false advertising and deceptive practices complained of herein, and

F.      For such other relief as this Court may deem proper.

20

Respectfully submitted,

/s/ Marion H. Little, Jr.
Marion H. Little, Jr.    (0042679)
Trial Attorney
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, OH  43054
(614) 365-9900
(Fax) (614) 365-7900
little@litohio.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on April 1, 2026, in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.

/s/ Marion H. Little, Jr.
Marion H. Little, Jr.  (0042679)

550-002:1081130

21